IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DADRAIN BANKS**                                                              **PLAINTIFF**

**VS.**                              **4:17CV00246 BRW**

**PULASKI COUNTY DETENTION FACILITY**                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful consideration, I adopt and approve the Proposed Findings and Recommended Disposition in its entirety as this Court's findings in all respects.

Accordingly, Plaintiff's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of July, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE