# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DADRAIN BANKS**                                                    **PLAINTIFF**

**VS.**                                 **4:17CV00246 BRW**

**PULASKI COUNTY DETENTION FACILITY**                   **DEFENDANTS**

## JUDGMENT

Based on the order filed today, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of July, 2017.

                                                                    /s/ Billy Roy Wilson _____
                                                                    UNITED STATES DISTRICT JUDGE